

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00349-CV

_____

YASSY HERNANDEZ TERREFORTE, Appellant

V.

IRWING ONIX GONZALEZ, Appellee

_____

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-708038-21

_____

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

**MEMORANDUM OPINION**

Yassy Hernandez Terreforte attempts to appeal from the trial court's August 2, 2022 "Agreed Final Decree of Divorce." Because Terreforte did not file a postjudgment motion extending the appellate deadline, her notice of appeal was due September 1, 2022. *See* Tex. R. App. P. 26.1. But Terreforte did not file her notice of appeal until September 2, 2022, making it untimely. *See id.*

On September 6, 2022, we wrote to notify the parties of our concern that we lack jurisdiction over this appeal because the notice of appeal was untimely filed. *See id.* We warned that we could dismiss this appeal for want of jurisdiction unless Terreforte or any party wanting to continue the appeal filed a response by September 16, 2022, showing a reasonable explanation for the late filing of the notice of appeal. *See* Tex. R. App. P. 10.5(b), 26.3(b), 42.3(a), 43.2(f). We have received no response.

The time for filing a notice of appeal is jurisdictional in this court, and without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). A motion for extension of time is necessarily implied when, as here, an appellant acting in good faith files a notice of appeal beyond the time allowed by Rule 26.1 but within the 15-day period in which the appellant would be entitled to move to extend the filing deadline under Rule 26.3. *See Jones*, 976 S.W.2d at 677; *Verburgt*, 959 S.W.2d at 617; *see also* Tex. R. App. P. 26.1, 26.3. But even when an extension motion is implied, the

appellant still must reasonably explain the need for an extension. *See Jones*, 976 S.W.2d at 677; *Verburgt*, 959 S.W.2d at 617.

Because Terreforte's notice of appeal was untimely and because Terreforte did not provide a reasonable explanation for needing an extension, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Veritek LLC v. TBI Constr. Servs. LLC*, No. 02-20-00287-CV, 2021 WL 62129, at *1 (Tex. App.—Fort Worth Jan. 7, 2021, no pet.) (mem. op.).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  October 27, 2022

3